IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, *et al.,* | ) | Case No. 00-3837 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 15414** |

## NOTICE OF APPEAL

The State of North Dakota (the "State"), appearing by and through its undersigned counsel, pursuant to U.S.C. Section 158(a), Bankruptcy Rule 8002(a) and Del. Bankr. L.R. 8001 hereby appeals from the Order dated July 8, 2005 [Docket No.15414] (the "Order") entered by the Honorable Judith K. Fitzgerald in the above-captioned bankruptcy proceeding.

The names of all parties to the Order appealed from and the names, addresses and telephone number of their respective attorneys are as follows:

| | |
|---|---|
| Counsel for Debtors and Debtors-in-Possession | Norman L. Pernick, Esq.<br>J. Kate Stickles, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800 |
| | -and- |
| | Mary Beth Hogan, Esq.<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000 |

| | |
|---|---|
| Counsel for Creditors Committee | William H. Sudell, Jr., Esq.<br>Morris, Nichols, Arsht and Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200 |
| | -and- |
| | Stephen H. Case, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000 |
| Counsel for Asbestos Committee | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>399 Park Avenue<br>New York, NY 10022-4614<br>Telephone: (212) 319-7125 |
| | -and- |
| | Marla R. Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900 |
| United States Trustee | Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491 |

[remainder of this page intentionally blank]

                    FERRY, JOSEPH & PEARCE, P.A.

                    <u>/s/ Theodore J. Tacconelli</u>
                    Theodore J. Tacconelli (No. 2678)
                    824 Market Street, Suite 904
                    P.O. Box 1351
                    Wilmington, DE 19899
                    Telephone: (302) 575-1555
                    Local counsel for the State of North Dakota

                    -and-

                    Daniel A. Speights, Esquire
                    SPEIGHTS & RUNYAN
                    200 Jackson Avenue East
                    P.O. Box 685
                    Hampton, SC  29924
                    Telephone: (803) 943-4444
                    Counsel for the State of North Dakota

Dated: July 12, 2005