IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>OWENS CORNING, et al.,<br><br>Debtors. | Chapter 11<br>Case Nos. 00-3837 (JKF)<br>(Jointly Administered)<br><br>Related to Docket No. 13515<br>Hearing Dates: January 24, 2005<br>May 16, 2005, June 27, 2005<br><br>Agenda Item No. 3 (June 27, 2005) |

**ORDER GRANTING OBJECTION TO ASBESTOS PROPERTY DAMAGE
CLAIMS OF THE STATE OF NORTH DAKOTA
(CLAIM # 8774 AND # 8922)**

Upon consideration of the Debtors' Objection to Asbestos Property Damage Claims of the State of North Dakota (claim # 8774 and # 8922) (the "Objection"), the responses thereto by the State of North Dakota, and the Debtors' reply, the Court finding good and sufficient cause for granting the relief requested in the Objection; and after proper notice and opportunity to respond to the Objection; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§1408 and 1409; and the Court having found that the holder of the claims objected to in the Objection was properly and timely served with a copy of the Objection, and the proposed order and the Court otherwise being fully advised in the premises, it is hereby

ORDERED that the Objection is granted in its entirety for the reasons stated on the record during the hearings on May 16, 2005 and June 27, 2005; and it is further

21975638v1

ORDERED that the asbestos property damage claims (claim # 8774 and # 8922) be, and hereby are, disallowed and expunged in their entirety; and it is further

ORDERED that Robert L. Berger & Associates, LLC, the official claims agent appointed in these cases, is hereby authorized and directed to make such revisions to the Claims Registry as are necessary to reflect the relief granted pursuant to this Order; and it is further

ORDERED that the Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

Dated: July 8, 2005

                                                *Judith K. Fitzgerald*
                                                Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge