UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date:   August 5, 2005

To:   **Peter Dalleo, Clerk**  
U.S. District Court  
District of Delaware  
U.S. Courthouse - 844 King Street  
Wilmington, DE 19801

Re: Owens Corning, et al. Case #00-3837 (JKF)

      Enclosed is the bankruptcy Record on **Appeal #AP-05-54**. Please acknowledge receipt on the copy provided.

**Enclosed Items:**
**Notice of Appeal #AP-05-54**
**Appealable Order: (Docket Item #15414)**
**Statement of Issues on Appeal: (Docket Item #15544)**
**Appellants Designations: (Docket Item #15544)**
**Appellee Designations: None**

Sincerely,

T. Southerland

Deputy Clerk

\_\_X\_ Filing fee paid on\_\_7/12/2005\_
_____ Filing fee not paid

I hereby acknowledge receipt of the above record on appeal this \_\_\_\_\_ day of _____, 2005.

By: _____   C.A. No.: _____
    Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Bankruptcy Case Number:     00-3837
Deputy Clerk Transferring Case: T. Southerland
Case Type:                              Chapter 11

<u>Order, Date Entered and Issues</u>:

Order Granting Objection to Asbestos Property Damage Claims of the State of North Dakota (Claim No. 8774 and 8922). Order Signed on 7/8/2005. Docket Item No. 15414.

| | |
|---|---|
| Local Counsel for the State of North Dakota | Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555 |
| | -and- |
| | Daniel A. Speights, Esq.<br>Speights & Runyan<br>200 Jackson Avenue East<br>P.O. Box 685<br>Hampton, SC 29924<br>Telephone: (803) 943-4444<br>Counsel for the State of North Dakota |
| Counsel for Debtors and Debtors-in-Possession | Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800 |
| | -and- |
| | Mary Beth Hogan, Esq.<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000 |

| | |
|---|---|
| Counsel for Creditors Committee | William H. Sudell, Jr. Esq.<br>Morris, Nichols, Arsht and Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br><br>-and-<br><br>Stephen H. Case, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000 |
| Counsel for Asbestos Committee | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>399 Park Avenue<br>New York, NY 10022-4614<br>Telephone: (212) 319-7125<br><br>-and-<br><br>Marla R. Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900 |
| United States Trustee | Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491 |