IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| OWENS CORNING, et al., | ) Bankruptcy Case No. 00-3837 (JKF) |
| | ) |
| Debtors. | ) |
| | ) |
| THE STATE OF NORTH DAKOTA, | ) |
| | ) |
| Appellant, | ) Civil Action No. 05-573 (JPF) |
| | ) |
| v. | ) |
| | ) |
| OWENS CORNING, et al., | ) |
| | ) |
| Appellee. | ) |

## STIPULATION AND ORDER EXTENDING TIME
## FOR OPENING BRIEF

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the time for which Appellant, The State of North Dakota, shall file its Opening Brief is extended through and including September 6, 2005, and counsel for the Appellant shall also serve the Opening Brief by this date on counsel for the Appellee.

[signature page follows]

| | |
|---|---|
| FERRY, JOSEPH & PEARCE, P.A. | SAUL EWING LLP |
| *(signature)* | *(signature)* |
| Theodore J. Tacconelli (No. 2678) | Norman L. Pernick (No. 2290) |
| 824 Market Street, Suite 904 | J. Kate Stickles (No. 2917) |
| P.O. Box 1351 | 222 Delaware Avenue, Suite 1200 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 575-1555 | (302) 421-6800 |
| -and- | -and- |
| Daniel A. Speights, Esquire | Mary Beth Hogan, Esquire |
| SPEIGHTS & RUNYAN | DEBEVOISE & PLIMPTON, LLP |
| 200 Jackson Avenue East | 919 Third Avenue |
| P.O. Box 685 | New York, NY 10022 |
| Hampton, SC 29924 | (212) 909-6000 |
| (803) 943-4444 | |
| Co-Counsel for Appellant, | Co-Counsel for Appellee, |
| The State of North Dakota | Owens Corning, et al. |
| Dated: August 23, 2005 | Dated: August 23, 2005 |

**IT IS SO ORDERED** this ___ day of _____, 2005.

_____
The Honorable John P. Fullam
United States District Judge