## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service

of the foregoing *Opening Brief of Appellant, The State of North Dakota* was made on

September 6, 2005, upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

**BY FACSIMILE AND FIRST-CLASS U.S. MAIL**

Mary Beth Hogan, Esquire
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli, Esquire (No. 2678)