## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) |
| OWENS CORNING, *et al.*, | ) Bankruptcy Case No. 00-3837 (JKF) |
| | ) |
| Debtors. | ) |
| | ) |
| THE STATE OF NORTH DAKOTA, | ) |
| | ) |
| Appellant, | ) Civil Action No. 05-573 (JPF) |
| | ) |
| v. | ) |
| | ) |
| OWENS CORNING, *et al.*, | ) |
| | ) |
| Appellee. | ) |

## APPENDIX TO OPENING BRIEF OF APPELLANT, THE STATE OF NORTH DAKOTA

Theodore J. Tacconelli (No. 2678)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Telephone: (302) 575-1555

-and-

Daniel A. Speights, Esquire
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, South Carolina 29924
Telephone: (803) 943-4444

Co-Counsel for Appellant, The State
of North Dakota

Dated: September 6, 2005

# TABLE OF CONTENTS

**DOCUMENT**                                                                    **PAGE**

July 8, 2005 Order Granting Objection to Asbestos Property
Damage Claims of the State of North Dakota . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A- 1

Notice of Appeal dated July 12, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A - 3

North Dakota Cent. Code §28-01-47 (the "Act") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A - 6

Asbestos Property Damage Claims (Claim # 8774 and # 8922) . . . . . . . . . . . . . . . . . . . . . . A - 8

Debtors' Objection to Asbestos Property Damage
Claims of the State of North Dakota, dated December 2, 2004 . . . . . . . . . . . . . . . . . . . . . . . A - 12

Speights & Runyan's Consolidated Response to Debtor's
Objection to Certain Asbestos Property Damage Claims, dated January 7, 2005 . . . . . . . . .A - 50

Speights & Runyan's First Supplemental Response to Debtors'
Objections to Asbestos Property Damage Claims of Garrison Public
School District # 51, dated March 4, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .A - 119

Debtors' Motion Pursuant to Del.Bankr.LR9006-1(d) to File
Reply in Support of its Objections to Certain Asbestos
Property Damage Claims, dated April 29, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .A - 120

May 16, 2005 Order Granting Debtors' Motion Pursuant to
Del.Bankr.LR 9006-1(d) to File Reply in Support of its Objections to
Certain Asbestos Property Damage Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .A - 192

State of North Dakota's Sur-Reply to Debtors' Reply to State of
North Dakota's Response to Debtors' Objections to State of North
Dakota's Asbestos Property Damage Claims, dated June 17, 2005 . . . . . . . . . . . . . . . . . . A - 193

Certification of Counsel Regarding Debtors' Objection to
Asbestos Property Damage Claims of the State of North Dakota,
dated July 5, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .A - 197

Montana-Dakota Utilities Co. v. W.R. Grace & Co.,
14 F.3d 1274 (8th Cir. 1994) (MDU Case) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A - 202

Hebron Public School District of Morton County v.
United States Gypsum Co., 475 N.W.2d 120 (N.D. 1991) . . . . . . . . . . . . . . . . . . . . . . . . .A - 212

Tioga Public School # 15 of Williams County, State of North
Dakota v. United States Gypsum Company,
984 F.2d 915 (8th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .A - 220

San Francisco Unified School District v. W.R. Grace & Co.,
44 Cal.Rptr.2d 305 (Cal.App 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A - 230

AHERA Regulation, 52 F.Reg 41826,
October 30, 1987 at p. 41849 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A - 246

Transcript of May 16, 2005 Hearing Before Honorable
Judith K. Fitzgerald, United States Bankruptcy Judge . . . . . . . . . . . . . . . . . . . . . . . . . . . . .A - 256

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:                                    :
                                          :      Chapter 11
OWENS CORNING, *et al.*,                  :      Case Nos. 00-3837 (JKF)
                                          :      (Jointly Administered)
                Debtors.                  :
                                          :      Related to Docket No. 13515
                                                 Hearing Dates: January 24, 2005
                                                 May 16, 2005, June 27, 2005

                                                 Agenda Item No. 3 (June 27, 2005)

### ORDER GRANTING OBJECTION TO ASBESTOS PROPERTY DAMAGE CLAIMS OF THE STATE OF NORTH DAKOTA (CLAIM # 8774 AND # 8922)

Upon consideration of the Debtors' Objection to Asbestos Property Damage

Claims of the State of North Dakota (claim # 8774 and # 8922) (the "Objection"), the

responses thereto by the State of North Dakota, and the Debtors' reply, the Court finding

good and sufficient cause for granting the relief requested in the Objection; and after

proper notice and opportunity to respond to the Objection; and the Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§1408 and 1409; and the Court

having found that the holder of the claims objected to in the Objection was properly and

timely served with a copy of the Objection, and the proposed order and the Court

otherwise being fully advised in the premises, it is hereby

ORDERED that the Objection is granted in its entirety for the reasons stated on

the record during the hearings on May 16, 2005 and June 27, 2005; and it is further

A-1

ORDERED that the asbestos property damage claims (claim # 8774 and # 8922) be, and hereby are, disallowed and expunged in their entirety; and it is further

ORDERED that Robert L. Berger & Associates, LLC, the official claims agent appointed in these cases, is hereby authorized and directed to make such revisions to the Claims Registry as are necessary to reflect the relief granted pursuant to this Order; and it is further

ORDERED that the Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

Dated: July 8, 2005

*Judith K. Fitzgerald*

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

A-2

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, *et al.*, | ) | Case No. 00-3837 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 15414 |

### NOTICE OF APPEAL

The State of North Dakota (the "State"), appearing by and through its undersigned

counsel, pursuant to U.S.C. Section 158(a), Bankruptcy Rule 8002(a) and Del. Bankr. L.R. 8001

hereby appeals from the Order dated July 8, 2005 [Docket No.15414] (the "Order") entered by

the Honorable Judith K. Fitzgerald in the above-captioned bankruptcy proceeding.

The names of all parties to the Order appealed from and the names, addresses and

telephone number of their respective attorneys are as follows:

Counsel for Debtors and
Debtors-in-Possession

Norman L. Pernick, Esq.
J. Kate Stickles, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: (302) 421-6800

-and-

Mary Beth Hogan, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000

Counsel for Creditors Committee

William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200

-and-

Stephen H. Case, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000

Counsel for Asbestos Committee

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
Telephone: (212) 319-7125

-and-

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

United States Trustee

Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Telephone: (302) 573-6491

[remainder of this page intentionally blank]

A-4

FERRY, JOSEPH & PEARCE, P.A.


/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Local counsel for the State of North Dakota

-and-

Daniel A. Speights, Esquire
SPEIGHTS & RUNYAN
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Counsel for the State of North Dakota

Dated: July 12, 2005

A-5

Westlaw.

ND ST 28-01-47

NDCC, 28-01-47

C

NORTH DAKOTA CENTURY CODE
TITLE 28. JUDICIAL PROCEDURE, CIVIL
CHAPTER 28-01. TIME FOR COMMENCING ACTIONS
    28-01-47 Limitation of action for asbestos claims.

    1. The legislative assembly finds that it is in the interest of the general
    public, particularly those persons who may bring claims regarding materials
    containing asbestos in public buildings and those against whom the claims may
    be brought, to set a specific date by which public building owners must bring a
    cause of action for removal or other abatement costs associated with the
    presence of asbestos in their buildings. By enactment of this statute of
    limitations, the legislative assembly does not imply that suits would otherwise
    be barred by an existing limitations period.

    2. Notwithstanding any other law to the contrary, any action to recover costs
    for removal and replacement of asbestos or materials containing asbestos from a
    public building; to recover costs for other measures taken to locate, correct,
    or ameliorate any problem related to asbestos in a public building; or for
    reimbursement for removal and replacement, correction, or amelioration of an
    asbestos problem in a public building, must be commenced prior to August 1,
    1997. Any such action which would otherwise be barred before August 1, 1997, as
    a result of expiration of the applicable period of limitation, is revived or
    extended. An asbestos action revived or extended under this subsection must be
    commenced prior to August 1, 1997.

    3. For purposes of this section, "public building" means any building owned by
    any county, city, township, school district, park district, or any other unit
    of local government, the state or any agency, industry, institution, board, or
    department thereof.

Source: S.L. 1993, ch. 323, § 1.

NOTES, REFERENCES, AND ANNOTATIONS


School District.

Where a school district opted out of a class action suit against members of the
asbestos industry, its subsequent suit was not barred. This statute is clear
evidence of the legislature's intent that the six-year statute of limitations not
bar such claims. Adams Pub. Sch. Dist. v. Asbestos Corp., 7 F.3d 717 (8th Cir.
1993).

NDCC 28-01-47, ND ST 28-01-47

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

ND ST 28-01-47

NDCC, 28-01-47

Current through 2003 General and Special Sessions.

Copyright; 1999-2003 by Matthew Bender & Company, Inc., one of the LexisNexis

Companies. All rights reserved.

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

DO NOT USE THIS FORM TO ASSERT AN ASBESTOS-RELATED PERSONAL INJURY
CLAIM OR AN ASBESTOS-RELATED WRONGFUL DEATH CLAIM, EVEN IF SUCH
CLAIM HAS BEEN RESOLVED OR IS SUBJECT TO RESOLUTION PURSUANT TO A
SETTLEMENT AGREEMENT OR IS BASED ON A JUDGEMENT.

**PROOF OF CLAIM**
THIS SPACE IS FOR COURT USE ONLY

UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE

Specify Debtor against which this claim is asserted:
Owens Corning

Case Number: 00-3837 (JKF)

Name of Creditor (The person or other entity to whom the debtor owes money or property):
NORTH DAKOTA STATE BUILDINGS

Name and address where notices should be sent:

AMANDA G. STEINMEYER, ESQ.
SPEIGHTS & RUNYAN
POST OFFICE BOX 685

HAMPTON, SOUTH CAROLINA 29924
USA

Telephone Number: (803) 943-4444

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**FILED**

APR 15 2002

By Richard L. Berger & Assoc., Claims Agent
For U.S. Bankruptcy Court
District Of Delaware

Carefully read the instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or vation purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: In re: OWENS CORNING et al., c/o Robert L. Berger and Associates, 16161 Ventura Blvd., PMB 517, Encino, CA 91436. This Proof of Claim must be received by the Claims Agent by 4 p.m., April 15, 2002, prevailing Pacific time. No electronic submissions or facsimiles will be accepted.

Account or other number by which creditor identifies debtor:

Check here ☐ Replaces   A previously filed claim, dated: _____
if this claim   ☐ Amends   _____ number _____

1. Basis for Claim (see instructions):
☐ Goods Sold
☒ Asbestos Property Damage
☐ Indemnification or Contribution
☐ Derivative Asbestos Claim
☐ Litigation - Non Asbestos
☐ Environmental
☐ Personal Injury - Non-Asbestos
☐ Promissory Contract, including, Personal Property Loans
☐ Money Loaned
☐ Freight
☐ Professional Fees

☐ Real Property Lease
☐ Lessee transfer/tax as defined in 11 U.S.C. §1110(a)
☐ Services Performed
☐ Trade Claim
☐ Taxes
☐ Warranty

☐ Wages, salaries, and commissions (Fill out below)
Your SS#: _____
Unpaid compensation for services performed
from _____ to _____
(date)         (date)
☐ Other _____

2. Date debt was incurred: Prior to October 1, 2000

3. If court judgment, date obtained: _____

4. Total Amount of Claim: $ _____
If all or part of your claim is secured or entitled to priority, also complete Items 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim:
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of collateral: $ _____
Amount of arrearage and other charges included in Secured claim, if any: $ _____

6. Unsecured Priority Claim:
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Failure to provide appropriate documentation may result in your claim being subject to objection.

9. Acknowledgment of Claim: You will receive written notification of receipt of your Proof of Claim and the number assigned to it.

THIS SPACE IS FOR COURT USE ONLY

8774

Date
APRIL 12, 2002

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).   Amanda G. Steinmeyer, Attorney for Creditor

60-2-760MBB1GRN-37-1

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

A-8

SUPPORTING DOCUMENTATION:

IN MOST INSTANCES, THE CREDITORS WHO WE HAVE REPRESENTED IN THE PAST IN OTHER ASBESTOS PROPERTY DAMAGES ACTIONS HAVE THE SUPPORTING DOCUMENTATION CONSISTING OF ASBESTOS SURVEYS, INVOICES, BROCHURES, OR OTHER PROPER SUPPORTING DOCUMENTATION EVIDENCING THE CLAIM.

THE SUPPORTING DOCUMENTATION IS NOT AVAILABLE AT THIS TIME BUT IS BEING LOCATED BY AND OBTAINED FROM THE CREDITOR. ADDITIONALLY, DISCOVERY NEEDS TO BE TAKEN FROM THE DEBTOR WHO IS IN POSSESSION OF SUPPORTING DOCUMENTATION FOR CLAIMS.

THE SUPPORTING DOCUMENTATION WILL BE SUPPLEMENTED AS SOON AS POSSIBLE.

A-9

| | PROOF OF CLAIM |
|---|---|
| DO NOT USE THIS FORM TO ASSERT AN ASBESTOS-RELATED PERSONAL INJURY CLAIM OR AN ASBESTOS-RELATED WRONGFUL DEATH CLAIM, EVEN IF SUCH CLAIM HAS BEEN RESOLVED OR IS SUBJECT TO RESOLUTION PURSUANT TO A SETTLEMENT AGREEMENT OR IS BASED ON A JUDGMENT. | THIS SPACE IS FOR COURT USE ONLY |

UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE

Specify Debtor against which this claim is asserted:    Case Number:
Fibreboard Corporation                                   00-3642 (JKF)

Name of Creditor (The person or other entity to whom the debtor owes money or property):
NORTH DAKOTA STATE BUILDINGS

Name and address where notices should be sent:

AMANDA G. STEINMEYER, ESQ.
SPEIGHTS & RUNYAN
POST OFFICE BOX 685

HAMPTON, SOUTH CAROLINA 29924
USA

Telephone Number:   (803) 943-4444

☐ I have not filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check here if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**FILED**
APR 15 2002
By: Robert L. Berger & Assoc., Claims Agent
For U.S. Bankruptcy Court
District Of Delaware

Carefully read the instructions included with this Proof of Claim before completing. In order to have your claim considered for payment under voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: In re: OWENS CORNING et al., c/o Robert L. Berger and Associates, 16161 Ventura Blvd., PMB 517, Encino, CA 91436. This Proof of Claim must be received by the Claims Agent by 4 p.m., April 15, 2002, prevailing Pacific time. No electronic substitutes or facsimiles will be accepted.

Account or other number by which creditor identifies debtor:

Check here ☐ Replaces  A previously filed claim, dated: _____
if this claim  ☐ Amends                                   number: _____

3. Basis for Claim (see instructions):
☐ Asbestos Property Damage
☐ Derivative Asbestos Claim
☐ Environmental
☐ Executory Contract, including Personal Property Lease
☐ Freight

☐ Goods Sold
☐ Indemnification or Contribution
☐ Litigation - Non Asbestos
☐ Personal Injury - Non-Asbestos
☐ Money Loaned
☐ Professional Fees

☐ Real Property Lease
☐ Retiree Benefits as defined in 11 U.S.C. §1114(a)
☐ Services Performed
☐ Trade Claim
☐ Taxes
☐ Warranty

☐ Wages, salaries, and compensation (Fill out below)
Your SS#: _____
Unpaid compensation for services performed
from _____ to _____
      (date)        (date)
☐ Other _____

2. Date debt was incurred: Prior to October 6, 2000

3. If court judgment, date obtained:

4. Total Amount of Claim: $ _____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of collateral:   $ _____
Amount of arrearage and other charges included in secured claim, if any: $ _____

6. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a).

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Failure to provide appropriate documentation may result in your claim being subject to objection.

9. Acknowledgment of Claim: You will receive written notification of receipt of your Proof of Claim and the number printed in it.

Date:   APRIL 12, 2002

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Amanda G. Steinmeyer, Attorney for Creditor

THIS SPACE IS FOR COURT USE ONLY

8922

M2

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

CU-2-700000TRUV2-42-1

A-10

SUPPORTING DOCUMENTATION:

IN MOST INSTANCES, THE CREDITORS WHO WE HAVE REPRESENTED IN THE PAST IN OTHER ASBESTOS PROPERTY DAMAGES ACTIONS HAVE THE SUPPORTING DOCUMENTATION CONSISTING OF ASBESTOS SURVEYS, INVOICES, BROCHURES, OR OTHER PROPER SUPPORTING DOCUMENTATION EVIDENCING THE CLAIM.

THE SUPPORTING DOCUMENTATION IS NOT AVAILABLE AT THIS TIME BUT IS BEING LOCATED BY AND OBTAINED FROM THE CREDITOR. ADDITIONALLY, DISCOVERY NEEDS TO BE TAKEN FROM THE DEBTOR WHO IS IN POSSESSION OF SUPPORTING DOCUMENTATION FOR CLAIMS.

THE SUPPORTING DOCUMENTATION WILL BE SUPPLEMENTED AS SOON AS POSSIBLE.