## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing *Appendix to Opening Brief of Appellant, The State of North Dakota* was made on September 6, 2005, upon the following parties in the manner indicated:

| **BY HAND DELIVERY** | **BY FIRST-CLASS U.S. MAIL** |
|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 | Mary Beth Hogan, Esquire<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022 |

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli, Esquire (No. 2678)