IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>OWENS CORNING, *et al.*,<br><br>Debtors. | )<br>)<br>)<br>) Bankruptcy Case No. 00-3837 (JKF)<br>)<br>)<br>) |
| THE STATE OF NORTH DAKOTA,<br><br>Appellant,<br><br>v.<br><br>OWENS CORNING, *et al.*,<br><br>Appellees. | )<br>)<br>)<br>) Civil Action No. 05-573 (JPF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, J. Kate Stickles, Esquire hereby certify that on September 20, 2005, a copy of foregoing **Appellees' Brief on the State of North Dakota's Appeal of the Dismissal of its Asbestos Property Damage Claims** was served on the following in the manner indicated:

**BY HAND DELIVERY**
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904
PO Box 1351
Wilmington, DE  19899

**BY FEDERAL EXPRESS**
The Honorable John P. Fullam
U.S. District Court for the Eastern District of PA
U.S. Courthouse
601 Market Street
Room 15614
Philadelphia, PA  19106-1780

David M. Klauder, Esquire
United States Trustee
844 King Street, Suite 2313
Wilmington, DE  19801

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC  29924

SAUL EWING LLP

By: _____
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899-1266
(302) 421-6800

526932.1