IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>)<br>OWENS CORNING, *et al.*, )<br>)<br>Debtors. )<br>) | Bankruptcy Case No. 00-3837 (JKF) |
| THE STATE OF NORTH DAKOTA, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>OWENS CORNING, *et al.*, )<br>)<br>Appellees. ) | Civil Action No. 05-573 (JPF) |

I, J. Kate Stickles, Esquire hereby certify that on September 20, 2005, a copy of foregoing **Appendix to Appellees' Brief on the State of North Dakota's Appeal of the Dismissal of its Asbestos Property Damage Claims** was served on the following in the manner indicated:

**BY HAND DELIVERY**
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904
PO Box 1351
Wilmington, DE 19899

David M. Klauder, Esquire
United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
The Honorable John P. Fullam
U.S. District Court for the Eastern District of PA
U.S. Courthouse
601 Market Street
Room 15614
Philadelphia, PA 19106-1780

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924

SAUL EWING LLP

By: _____
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899-1266
(302) 421-6800

526932.2