IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| OWENS CORNING, *et al.*, ) | Bankruptcy Case No. 00-3837 (JKF) |
| ) | |
| Debtors. ) | |
| ) | |
| THE STATE OF NORTH DAKOTA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-573 (JPF) |
| ) | |
| v. ) | |
| ) | |
| OWENS CORNING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL FROM ORDER OF**
**<u>UNITED STATES DISTRICT JUDGE JOHN P. FULLAM, SR.</u>**

The State of North Dakota (the "State") appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order, dated and entered October 11, 2005 [Docket No. 11] (the "Opinion and Order"), issued by United States District Judge John P. Fullam, Sr., affirming the Order of Bankruptcy Judge Judith K. Fitzgerald dated July 8, 2005, granting the Debtors' objection to asbestos property damage claims #8774 and #8922 filed by the State of North Dakota and ordering that they be disallowed and expunged in their entirety.

The parties to the Opinion and Order appealed from and the names, addresses, and telephone number of their respective attorneys are as follows:

| | |
|---|---|
| Counsel for Debtors and Debtors-in-Possession | Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br><br>-and-<br><br>Mary Beth Hogan, Esquire<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000 |
| Counsel for Creditors Committee | William H. Sudell, Jr., Esquire<br>Morris, Nichols, Arsht and Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br><br>-and-<br><br>Stephen H. Case, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000 |
| Counsel for Asbestos Committee | Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue<br>New York, NY 10022-4614<br>Telephone: (212) 319-7125<br><br>-and-<br><br>Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>Campbell & Levine, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900 |

| | |
|---|---|
| United States Trustee | David M. Klauder, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491 |

[SIGNATURE PAGE FOLLOWS]

                FERRY, JOSEPH & PEARCE, P.A.

                /s/ Theodore J. Tacconelli
                Theodore J. Tacconelli (No. 2678)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, DE 19899
                Telephone: (302) 575-1555
                Local counsel for the State of North Dakota

                -and-

                Daniel A. Speights, Esquire
                SPEIGHTS & RUNYAN
                200 Jackson Avenue East
                P.O. Box 685
                Hampton, SC  29924
                Telephone: (803) 943-4444
                Counsel for the State of North Dakota

Dated: November 9, 2005.
       Wilmington, Delaware

## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing *Notice of Appeal* was made on November 9, 2005, upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

David M. Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

William H. Suddell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL**

Mary Beth Hogan, Esquire
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Stephen H. Case, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli, Esquire (No. 2678)

2