**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| OWENS CORNING, *et al.,* | ) | Bankruptcy Case No. 00-3837 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| THE STATE OF NORTH DAKOTA, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 05-573 (JPF) |
| | ) | |
| v. | ) | |
| | ) | |
| OWENS CORNING, *et al.,* | ) | **Related to Docket No. 15** |
| | ) | |
| Appellees. | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

I, Donna L. Miranda, an employee of Saul Ewing LLP, hereby certify that on April 14,

2006, a copy of Order terminating appeal as to the Notice of Appeal to the Third Circuit Court of

Appeals filed by State of North Dakota was served via First Class Mail on the following parties:

| | | |
|---|---|---|
| Theodore J. Tacconelli, Esquire | Mary Beth Hogan, Esquire | Daniel A. Speights, Esquire |
| Ferry, Joseph & Pearce, P.A. | Debevoise & Plimpton LLP | Speights & Runyan |
| 824 Market St., Suite 904 | 919 Third Avenue | 200 Jackson Avenue East |
| PO Box 1351 | New York, NY 10022 | P.O. Box 685 |
| Wilmington, DE 19899 | | Hampton, SC 29924 |

SAUL EWING LLP

By: <u>*/s/Donna L. Miranda*</u>
Donna L. Miranda, Secretary
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 421-6800

Subscribed and sworn to before me
this 14th day of April, 2006

<u>*/s/Susan S. Coleman*</u>
Notary Public

526932.3